UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR653 HEA |
| | ) | |
| JAMES W. GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the change of plea hearing set in this matter for

Monday, July 11, 2011, at 12:30 p.m. is reset to 11:30 a.m. in the courtroom of the undersigned.

Dated this 8th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE